

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2013

No. 04-12-00735-CR and 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Appellant's motion for rehearing of Court of Appeals Order of April 25, 2013, denying motion to abate appeals is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court